DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EVAN S. GUTMAN,**
Appellant,

v.

**CITIBANK, N.A.,**
Appellee.

No. 4D22-2821

[July 20, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502020CC005756.

Evan S. Gutman, Boca Raton, pro se.

Donald A. Mihokovich of Adams and Reese, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***